Cr {r/h# 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
             v.

CARMEN MIRANDA,
    a/k/a "Millie Miranda,"

**Consent Order of Restitution**

23 Cr. 284 (RA)

---

Upon the application of the United States of America, by its attorney, Damian Williams,

United States Attorney for the Southern District of New York, Camille L. Fletcher,

Assistant United States Attorney, of counsel; the defendant's conviction on Count One of

the Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1.    Amount of Restitution

Carmen Miranda, the defendant, shall pay restitution in the total amount of $3,063,973.42,

pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A, to the victims of the offense(s) charged in Count

One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule

of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of

a change of address of a victim, the Clerk of Court is authorized to send payments to the new

address without further order of this Court.

### A.    Joint and Several Liability

Restitution is not joint and several with other defendants or with others not named herein.

**B.     Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United

States is paid.  Restitution shall be paid to the victim(s) identified in the Schedule of Victims,

attached hereto as Schedule A, on a percentage basis, as set forth more fully in Schedule A.

**2.     Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other

assets of the defendant, including whether any of these assets are jointly controlled; projected

earnings and other income of the defendant; and any financial obligations of the defendant;

including obligations to dependents, the defendant shall pay restitution in the manner and

according to the schedule that follows: In the interest of justice, restitution will be payable in

installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

While serving the term of imprisonment, the defendant shall make installment payments

toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial

Responsibility Plan (IFRP).  Any unpaid amount remaining upon release from prison will be

paid  in installments of at least ten percent of the defendant's gross income on the fifth of each

month.

This schedule is without prejudice to the Government taking enforcement actions,

pursuant to 18 U.S.C. § 3613, to the extent warranted.

**3.     Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online.

Instructions for online criminal debt payments are available on the Clerk of Court's website at

https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.   Checks   and   money

2023.2.16                                                    2

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.      Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.      Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

2023.2.16                                                  3

6.    **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal

Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached

hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or

disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and

the Probation Office, as needed to effect and enforce this Order, without further order of this Court.


AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____                    6/13/23
Camille L. Fletcher                             DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 2383

Carmen Miranda

By: _____                    6-13-23
Carmen Miranda                                  DATE


By: _____                    6-13-23
Kevin Kearon                                    DATE
Barket Epstein Kearon Aldea & LoTurco, LLP
 666 Old Country Road, Suite 700
Garden City, NY 11530
Mobile – 516-850-0750
Email: kkearon@barketepstein.com


SO ORDERED:

_____                        6-13-23
HONORABLE RONNIE ABRAMS                         DATE
UNITED STATES DISTRICT JUDGE