

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

August 2, 2023

*VIA ECF*
Hon. Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 4, 2023

Re: **United States of America v. Carmen Miranda**
No. 23 Cr. 0284 (RA)

Dear Judge Abrams:

    I write on behalf of Carmen Miranda, the defendant in the above-captioned criminal case. On June 13, 2023, Ms. Miranda pleaded guilty before Your Honor to a superseding Information charging a single count of Wire Fraud, in violation of 18 U.S.C. §1343. Sentencing is scheduled for October 4, 2023.

    I write to request permission for Ms. Miranda to participate in her best friend's wedding in Connecticut on September 9, 2023, and to remain overnight there before returning to her home in the Eastern District of New York on September 10, 2023. I have discussed this application with AUSA Camille Fletcher, who represents that the government takes no position. I have also discussed the application with Ms. Miranda's Pretrial Services Officer, Andrew Berglind, who does not object. I also provided Officer Berglind with the relevant venue and hotel addresses and contact information.

    Thank you for your time and consideration.

Sincerely,

_____/s_____
Kevin T. Kearon, Esq.

cc: AUSA Camille Fletcher    (by ECF)
    Officer Andrew Berglind, Pretrial Services  (by e-mail)