

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

September 22, 2023

*VIA ECF*
Hon. Ronnie Abrams
District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to January 19, 2024 at 3:30 p.m.

SO ORDERED.

Re: **United States of America v. Carmen Miranda**
No. 23 Cr. 00284 (RA)

_____
Ronnie Abrams, U.S.D.J.
September 26, 2023

Dear Judge Abrams,

    I am writing to request an adjournment of the above-referenced matter, currently scheduled for Wednesday, October 4th, 2023, to either Thursday, January 18, 2024, or Friday, January 19th, 2024, preferably in the afternoon, or any other time. We have received consent from AUSA Camille Fletcher to this application. Your Courtroom Deputy, Allison Cavale, informed us that the requested dates are available for the sentencing.

    The reasons for the adjournment are:

- To allow for the completion of the psychosocial evaluative report of the defendant.
- To allow the defendant to complete counseling and training skills to help her prepare for sentencing as recommended by Pretrial Services.
- To continue to gather monies for payment towards restitution.

    Thank you for your consideration of this request.

Sincerely,

_____/s_____
Kevin T. Kearon, Esq.

c:    AUSA Camille Fletcher    (by ECF)
      Officer Andrew Berglind, Pretrial Services  (by e-mail)