

May 1, 2024

VIA ECF
Hon. Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: **United States of America v. Carmen Miranda**
No. 23 Cr. 0284 (RA)

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 2, 2024

Dear Judge Abrams:

    I write to request the Court order the release of Ms. Miranda's passport that is currently in the possession of Pretrial Services. Ms. Miranda deposited her passport with Pretrial Services as a condition of her pretrial bond. Ms. Miranda was sentenced by Your Honor on March 1, 2024, to a prison term of 24 months. She surrendered earlier today to begin serving her sentence. I have conferred with the Government, by AUSA Camille Fletcher, who confirms the Government takes no position on the instant application, as well as Pretrial Services, by Probation Officer Andrew Berglind, who notified me earlier today that Ms. Miranda's passport is ready to be picked up subject to Court permission.

    We thus request an Order for the release of Ms. Miranda's passport on or shortly after 5/1/2024, and importantly that it be permitted to be turned over to Ms. Miranda's brother, William Miranda, upon his presentation of proof of identity to Pretrial Services.

Respectfully submitted,

Kevin Kearon, Esq.

cc: AUSA Camille Fletcher (by ECF)
      Officer Andrew Berglind, Pretrial Services (by e-mail)